Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

FILED
OCT 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

RECEIVED
OCT 6 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ARMANDO IGNACIO

Debtor(s)

Case No: 07-43064 RLE 13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $182.30 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 07-43064 RLE 13 | ARMANDO IGNACIO<br>907 K ST #14<br>EUREKA, CA 95501 | $ DEBTOR | $ 182.30 |
| | Total Unclaimed Dividends | | $ 182.30 |

Dated: September 30, 2011

_____
Martha G. Bronitsky, Chapter 13 Trustee

Case: 07-43064    Doc# 59    Filed: 10/03/11    Entered: 10/07/11 09:27:08    Page 1 of 1